UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABRYEL WILDER, *et al.*,

    Plaintiffs,

v.

UNITED STATES, *et al.*,

    Defendants.

Cause No. C21-0206RSL

ORDER OF DISMISSAL

On March 12, 2021, plaintiff Abryel Wilder was ordered to provide a more definite statement of her claims that clearly and concisely identified the acts of which each named defendant is accused and how those acts violated her legal rights. Dkt. # 6. The Court pointed out a number of fatal flaws in the original pleading and notified plaintiff that "[t]he amended complaint will replace the existing complaint in its entirety." Dkt. # 6 at 6. Plaintiff subsequently filed an "Amended Complaint and Request for Injunction" (Dkt. # 7) and a "Response to Order for More Definite Statement" (Dkt. # 9).

Whether considered separately or together, plaintiff's submissions are deficient under the standards articulated in 28 U.S.C. § 1915(e)(2) and Federal Rule of Civil Procedure 8(a)(2). There is no indication that Ms. Wilder is authorized to act as a representative of any of the other named plaintiffs. The new complaint(s) total over 300 pages (including various attachments) and repeat many of the fatal errors previously identified. The vast majority of the defendants listed at

ORDER OF DISMISSAL - 1

Dkt. # 7-1 at 3-7 would have no idea of what they are accused, and the few who could make out what they were supposed to have done would likely have no idea how the alleged conduct infringed plaintiff's rights. Neither defendants nor the Court are obligated to search through hundreds of pages in order to determine whether a viable cause of action is alleged: the burden of providing "a short and plain statement of the claim showing that the pleader is entitled to relief" falls squarely on plaintiff. She has not met her burden

The above-captioned matter is hereby DISMISSED without prejudice. No additional documents will be accepted for filing under this cause number other than a Notice of Appeal. If plaintiff opts to refile a complaint related to these events, she is strongly advised to name only a single defendant and confine the factual allegations to that defendant's conduct and the legal claims against that defendant. Absent allegations showing that Ms. Wilder is a licensed attorney or otherwise authorized to act as a representative of another person, any renewed claims should be brought only on her own behalf.

Dated this 4th day of May, 2021.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2